IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FLOYD MORTON,

    Plaintiff,

v().

John/Jane Doe Deputy Sheriff, et al

    Defendants.

ORDER

Case No.  20-cv-1081-bbc

Plaintiff Floyd Morton has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 28, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Floyd Morton may have until December 28, 2020 to submit a trust fund account statement for the period beginning approximately June 3, 2020 and ending approximately December 3, 2020.  If, by December 28, 2020, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of December, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge